In the Matter of ROSINA NICOLAIDES, Respondent, v. DEMETRIUS NICOLAIDES, Appellant.— From an order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, directing the husband to pay seven dollars a week for his wife's support, he appeals. Order unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of THOMAS A. SHEERIN to Compel the Payment of the Funeral Expenses and Legal Expenses Incurred for the Burial of ROBERT A. SHEERIN, Deceased. THOMAS A. SHEERIN, Appellant; EDITH McCLOSKEY, as Administratrix, etc., of ROBERT A. SHEERIN, Deceased, Respondent.— Order of the Surrogate's Court, Queens county, denying appellant's application for reimbursement out of the estate for expenses of removing and reburying the decedent's body, and for attorney's fees, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.